**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00354-JLK-MEH
Consolidated with Civil Action No. 1:23-CV-02571-JLK-MEH

KARINA RUIZ ALVAREZ,
KARLA GONZALEZ VELEZ,
GABRIELA MOCTEZUMA CASTILLO, and
AMELIA COLON CHAIREZ,
on their own behalf
and on behalf of all others similarly situated,

Plaintiffs,

v.

TELLURIDE RESORT PARTNERS, LLC
d/b/a MADELINE HOTEL & RESIDENCES,
MOUNTAIN PREMIER CLEANING SERVICES, LLC,
and ADRIANA SANTA ANA.

Defendants.

---

## JOINT MOTION FOR LEAVE TO MAKE DEPOSIT IN COURT REGISTRY

---

Plaintiffs Karina Ruiz Alvarez, Karla Gonzalez Velez, Gabriela Moctezuma Castillo, and Amelia Colon Chairez (collectively "Plaintiffs") and Defendants Adriana Santa Ana and Mountain Premier Cleaning Services, LLC (collectively "MPC Defendants") jointly move for leave for an order allowing a $400,000 deposit in the Court's registry pursuant to F.R.C.P. 67 and D.C.COLO.LCivR 67.2(a):

1.      On October 24, 2023, Plaintiffs and the MPC Defendants participated in a settlement conference before Magistrate Judge Hegarty.

1

2.　　Plaintiffs and the MPC Defendants agreed to a settlement in principle. *See* ECF No. 50.

3.　　Plaintiffs did not settle their claims with co-defendant Telluride Resort Partners.

4.　　Until the Court should grant final approval of the Class Action Settlement between Plaintiffs and the MPC Defendants, Plaintiffs and the MPC Defendants request that the Court hold the MPC Defendant settlement proceeds in the Court registry. Movants request that the funds be released to the designated settlement administrator upon final approval of their Class Action Settlement Agreement.

5.　　Deposited funds will be designated for settlement with the named Plaintiffs, opt-in Plaintiffs, and the Plaintiff Class in the above captioned case.

6.　　F.R.C.P. 67(a) provides:

> If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit.

7.　　In this case, Plaintiffs seek a monetary judgment from Defendants and the Plaintiffs and MPC Defendants jointly request leave of Court to deposit $400,000 in settlement proceeds as agreed to at the Settlement Conference with Magistrate Judge Hegarty.

8.　　The MPC Defendants will provide notice to every other party when the deposit is made.

WHEREFORE Plaintiffs and Defendants jointly move for leave for an Order allowing the MPC Defendants to deposit $400,00 in the court registry.

Dated: November 13, 2023                    Respectfully submitted,

/s/ John K. Crisham
John K. Crisham, #49841
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, Colorado 80120
john@crishamholman.com
Tel: (720) 739-2176

Peter A. Ricciardelli, #7442
LAW OFFICE OF PETER A. RICCIARDELLI, P.C.
126 W. Colorado Avenue, #206
P.O. Box 32
Telluride, Colorado 81435
peter@tridelaw.com
Tel: (970) 728-3808

*Counsel for MPC Defendants*

/s/ Andrew H. Turner
Andrew H. Turner
MILSTEIN TURNER, PLLC
1490 Lafayette Street, Ste. 304
Denver, Colorado 80218
andrew@milsteinturner.com
Tel: 303-305-8230

Alexander N. Hood
David Seligman
TOWARDS JUSTICE
303 E 17TH AVE
Denver, CO 80203
720-441-2236
Alex@towardsjustice.org
David@towardsjustice.org
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2023, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Deborah Werth
Deborah Werth