## NOTICE OF SETTLEMENT OF CLASS ACTION LAWSUIT

**Karina Ruiz Alvarez, et.al. v. Mountain Premier Cleaning Services, LLC, et. al. , Case No. 1:23-cv-000354-JLK-MEH**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **DO NOTHING** | Be eligible to receive the payment in the amounts stated below. |
| **EXCLUDE YOURSELF** | Get no payment in this settlement. This is the only option that allows you to be part of any other lawsuit against Defendants Mountain Premier Cleaning Services, LLC and/or Adriana Santa Ana, concerning the conditions of your work performed for them. Complete and return the attached one-page opt-out form. |
| **OBJECT** | Write to the Court about why you don't like the proposed settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the proposed settlement. |

These rights **and the deadlines to exercise them** are explained in this notice.

**TO:** <<First1>> <<Last1>>

You may be entitled to money from a class action settlement concerning your work for Mountain Premier Cleaning Services, LLC ("Mountain Premier").  Under the terms of the proposed settlement, you are currently eligible to receive a payment of $<<EstAmt>> or more, subject to applicable withholdings.

**PLEASE READ THIS DOCUMENT CAREFULLY. THIS SETTLEMENT AFFECTS YOUR LEGAL RIGHTS.**

| 1. | Why am I receiving this Notice? |
|---|---|

A proposed settlement ("Settlement") has been reached in the above-referenced class action lawsuit currently pending in the United State District Court for the District of Colorado. This letter serves as an official Court notice of the terms of the proposed Settlement and your rights in connection with it.

Because your rights will be affected by the Settlement, it is extremely important that you read this notice carefully. As explained in more detail below, you will be included in the Settlement unless you affirmatively request to be excluded from it by submitting the attached Opt-Out Form to the Settlement Administrator by [DATE].

EX B

| 2. | What is a class action lawsuit? |
|---|---|

A "class action" lawsuit is one in which a person, called the Class Representative, sues on behalf of people who have similar claims. Together, these people form a Class. Each person in the Class is a Class Member. As explained in more detail below, you have been identified as a Class Member in the above-referenced lawsuit.

| 3. | What is this lawsuit about? |
|---|---|

In February of 2023, Karina Ruiz Alvarez, Karla Gonzalez Velez, Gabriela Moctezuma Castillo, and Amelia Colon Chairez, the Class Representatives, filed a class action lawsuit seeking to recover damages for alleged violations of the H-2B guestworker contract and the Trafficking Victims Protection Act. The Class Representatives allege that Mountain Premier Cleaning Services, LLC and Adriana Santa Ana  ("the Defendants") owe money to them and the other H-2B guestworkers the Defendants employed to work at the Madeline Hotel any time between February 7, 2020 and the present.  The Class Representatives claim that Defendants failed to reimburse class members for visa and travel expenses they incurred to work at the Madeline Hotel, charged them excessive rental fees for their residence and threatened them with firing and deportation to secure their continued labor.  They claim that Defendants' actions violated the Colorado Overtime and Minimum Pay Standards Order, 7 CCR 1103-1, the Colorado Minimum Wage Act, C.R.S. § 8-6-101, *et. seq.* and the Colorado Wage Claim Act, C.R.S. § 8-4-101, *et. seq.* the H-2B guestworkers' contract with Defendants and the Trafficking Victims Protection Act, 22 U.S.C. § 7101.   Defendants deny these claims.

| 4. | Am I a member of the Class? |
|---|---|

Yes. According to Defendants' employment records, you worked at the Madeline Hotel and Residences pursuant to an H-2B guestworker visa Mountain Premier Cleaning, LLC acquired between February 7, 2020 and the present. This qualifies you a Class Member. As a Class Member, you are entitled to a share of the settlement money.

| 5. | What does the Settlement provide? |
|---|---|

Defendants will pay $4000,000.00 to settle all claims against them in this matter. $300,000.00 of this money will be paid to workers.  $100,000.00 will be paid to the attorneys for the workers.  Each of the three Class Representatives will receive a $10,000.00 incentive payment.  Nine individual workers have asserted individual non-class claims and will be paid to settle them.  Each Class Member will receive a share of the remaining funds based on Defendants' payroll data showing the number of seasons and weeks they worked and the estimated amounts of rent they paid.

Based on preliminary calculations, you are currently eligible to receive a payment of $<<EstAmt>> or more in connection with the Settlement, subject to applicable withholdings.

| 6. | What are my rights as a Class Member? |
|---|---|

**Option A.        Participate in the Settlement and receive a payment**. Upon approval by the Court, you will receive money from the Settlement, unless you request to be excluded. You do not have to take any affirmative steps to choose this option. **If you do nothing, you will receive a settlement payment**.

EX B

Upon approval of the Settlement by the Court, and that approval becoming final, you will receive a settlement payment and will be deemed to have released all claims under federal, state, and/or local wage and hour laws, excluding the Fair Labor Standards Act, that you have against Mountain Premier Cleaning Services, LLC, Adriana Santa Ana and Briana Santa Ana (the "Released Parties"). This release shall exclude Telluride Resort Partners, LLC d/b/a Madeline Hotel & Residences, which is a party to this litigation but is not a party to this settlement agreement and release.

You will release the Released Parties from any and all claims, debts, penalties, liabilities, demands, obligations, guarantees, costs, expenses, attorneys' fees, damages, action or causes of action of whatever kind or nature, whether known or unknown, that were brought or that could have been brought in this litigation. This includes all claims for compensation of allegedly uncompensated rest break time and/or pre-shift work, associated alleged unpaid wages, and the resulting liquidated damages, interest, penalties or fines, that were asserted or could have been asserted in this lawsuit. This release includes all claims under state minimum wage laws, state wage payment and collection laws, state overtime statutes, claims under state common law and equitable principles, and express or implied contract claims, arising from the alleged failures set forth above that were brought or that could have been brought in this litigation. This release excludes claims under the Fair Labor Standards Act, except as set forth in section 15(b) of this Agreement. If you participate in the settlement you agree not to make claims against the Released Parties for those things.

**Option B.**      **Exclude yourself from the Settlement.**  If you do not wish to be a part of the Settlement, you must exclude yourself by filling out the attached Opt-Out Form and sending it to the Claims Administrator by mail, FAX or email to:

Optime Administration, LLC
Cordova-Gonzalez v. T.W. Lath-N-Stucco, Inc. Settlement
#######################
#######
#######
FAX: #########
Email: #############

**If you exclude yourself from the Settlement, you will not receive a settlement payment** and you will not be bound by the settlement.

*To be valid, the exclusion request must be postmarked no later than [DATE].*

*Importantly, if you ask to be excluded from the Settlement, you will not receive any settlement payment, and you cannot object to the Settlement.* If you exclude yourself, you will not be legally bound by the Settlement or the release of legal claims against Defendants.

**Option C.**      **Participate in the Settlement but object to its terms.** If you choose to participate in the Settlement, you may object to its terms, and the Court will consider your objections in deciding whether to approve the Settlement. If you choose to exclude yourself from the Settlement altogether (see Option B above), you cannot object to its terms.

If you choose to object to the proposed Settlement, you may do so in writing sent to the Clerk of the Court United States District Court, 901 19th St., Denver, CO 80294-3589, **before TBD**. Or you may appear before the Court at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for paying that attorney. All written objections and supporting papers should: (a) clearly identify the case name and number (*Ruiz Alvarez, et. al. v. Mountain Premier Cleaning*

EX B

*Services, LLC, et. al.*, Case No. 1:23-cv-000354-JLK-MEH); (b) state your name and address; (c) be submitted to the Court either by mailing them to the Clerk, United States District Court, 901 19th St., Denver, CO 80294-3589, or by filing them in person at the same address; and (d) be filed or postmarked on or before **TBD**.

| 7. | What do I give up by receiving a settlement payment? |
|---|---|

As explained in Section 6, you have the option to request exclusion from this Settlement. If you do not request exclusion from this Settlement by following the procedure described in Section 6, you will receive the settlement payment described above and be bound by the Settlement and the Release as set forth in the settlement agreement and Final Approval Orders.

If you currently have a pending legal claim or lawsuit against Defendants, or if you anticipate filing a future legal claim or lawsuit based on wage-related events that already have taken place, you should promptly consult with your attorney about this settlement and the impact of this release on your current or anticipated legal claims or lawsuits.

| 8. | Can I Be Retaliated Against for Joining This Case? |
|---|---|

No. It is a violation of state and federal law for anyone to retaliate against you in any way for taking part in this case.

| 9. | Do I have a lawyer in this case? |
|---|---|

The Court has preliminarily approved the following lawyers to serve as "Class Counsel" and to represent the interests of Plaintiffs and the Class Members:

Andrew H. Turner
Milstein Turner, PLLC
1490 Lafayette St. #304
Denver, CO 80218
Tel: (303)-305-8230
andrew@milsteinturner.com

David H. Seligman
Alexander N. Hood
Towards Justice
PO Box 371680, PMB 44465
Denver, CO 80237-5680
(720) 441-2236
david@towardsjustice.org
alex@towardsjustice.org

The above lawyers represent your legal interests and will answer your questions in strict confidence without charge. If you call, please identify yourself as a "Class Member" in the "Mountain Premier Cleaning Services" lawsuit and ask to speak with one of the above attorney.  If you would like to review a full copy of the entire Settlement Agreement they will provide it to you upon request.

Nothing prohibits you from speaking with other lawyers about the lawsuit or this Notice.  You have the right to retain an attorney of your own choosing and at your own cost.

EX B

## 10.      How do the Plaintiff's attorneys get paid?

Class Counsel has asked the Court to enter an award of attorney's fees and expenses to compensate Class Counsel for their work and money expended in this action of $100,000.00.  Class Counsel has filed a petition for attorney's fees and has provided documentation of their time expended and expenses; however, the actual amount awarded will be determined by the Court to ensure that the amount of attorney's fees and costs is fair and reasonable. The Court will hold a hearing to consider this attorney's fee request and the fairness of this settlement agreement as a whole on TBD, at X:XX AM/PM, at the United States District Court for the District of Colorado, located at 901 19th St., Denver, CO 80294-3589, in Courtroom TDB on the TDB floor.

You also have the right to retain an attorney of your own choosing and at your own cost.

## 11.      Will the Class Representatives be rewarded for serving as the Class Representative?

Yes. Class Counsel will request that an incentive award be paid to each of the Class Representatives to compensate them for their time and effort expended in this action, and for their public service duty to the Class. The requested incentive award to each Class Representative is $10,000.00 and shall be in addition to any compensation each Class Representative is entitled to receive as a member of the Class.

## 12.      When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing to decide whether to approve the Settlement. You are not required or expected to attend that hearing. However, you are welcome to attend.

At the hearing, the Court will consider whether the Settlement (including the requested attorneys' fees) is fair and reasonable. The Court will consider all written objections to the Settlement and will hear from any Class Members who have filed written objections to the Settlement.

The Court will hold the hearing on TBD, at X:XX AM/PM, at the United States District Court for the District of Colorado, located at 901 19th St., Denver, CO 80294-3589, in Courtroom TDB on the TDB floor.
This date, however, shall be subject to adjournment by the Court without further notice other than that which may be posted by the Court. If you plan to attend, please confirm the date with Class Counsel listed in Section 9 above.

## 13.      How do I obtain more information?

This Notice summarizes the most important aspects of the settlement. You can obtain a copy of the entire settlement agreement, as well as the underlying Court pleadings, by contacting the attorneys listed in Section 9 above or the Settlement Administrator identified below:

Optime Administration, LLC
Ruiz Alvarez v. Mountain Premier Cleaning Services, LLC Settlement
#######################
#######
#######
FAX: #########
Email: #############

**DO NOT CONTACT THE COURT OR THE CLERK OF COURT.**

## 14.      What if my name or address changes?

EX B

It is your responsibility to inform the Settlement Administrator of your correct address. Please mail any change of address information to the Settlement Administrator (see Section 13, above).

**DO NOT CALL THE COURT OR THE CLERK OF THE COURT.**

EX B

## OPT-OUT FORM

Submit this form only <u>IF YOU DO NOT WISH TO REMAIN A CLASS MEMBER</u>. If you submit this form, you will **not be eligible to receive any money from this lawsuit.**

_____

**Print Your Full Name**

_____

**Print Your Address and Telephone Number**

**ACKNOWLEGEMENT:**

I hereby state that I wish to exclude myself from the Class in the case of Karina Ruiz Alvarez, et. al. v. Mountain Premier Cleaning Services, LLC, et. al. Case No. 1:23-cv-00354-JLK-MEH. I understand that by doing so, **I will not receive any money from the Settlement.** I declare under penalty of perjury that the foregoing is true and correct.

_____          _____

**Signature**                                                    **Date**

This Opt-Out form must be completed, signed and returned to the address below so that it is **postmarked or received no later than DATE TBD.**

**By Mail:**     **Optime Administration, LLC**
                 **Ruiz Alvarez, et. al. v. Mountain Premier Cleaning Services,**
                 **LLC Settlement**
                 **#########################**
                 **#########################**

**By Fax:**      **#########################**

**By Email:**    **#########################**

EX B

**Translator's Affidavit**

I certify that I am fluent in English and Spanish.  I certify that I have translated the attached document from English into Spanish and that the Spanish is a true and accurate translation of the English.

*Renee D Lopez*
_____
Translator:  Reneé Lopez

STATE OF C̶O̶L̶O̶R̶A̶D̶O̶  Texas  D ℓ1
　　　　　　　　　　　)
COUNTY OF D̶E̶N̶V̶E̶R̶  Collin D ℓ1  ) ss.
　　　　　　　　　　　)

Subscribed and sworn to me this __15th__ day of _____April_____, 2024 by   Renee D Lopez

_____
Notary Public



**Daniel Grimaldo**
_____
ID NUMBER
133993204
COMMISSION EXPIRES
September 30, 2026

Electronically signed and notarized online using the Proof platform.

Witness my hand and official seal

[SEAL]

**AVISO DE CONCILIACIÓN DE DEMANDA COLECTIVA**

**Karina Ruiz Álvarez, et.al. v. Mountain Premier Cleaning Services, LLC, et. al., Caso No. 1:23-cv-000354-JLK-MEH**

| SUS DERECHOS LEGALES Y OPCIONES EN ESTA DEMANDA: | |
|---|---|
| **NO HACER NADA** | Ser elegible para recibir el pago en los montos que se indican a continuación. |
| **EXCLUIRME** | No recibirá ningún pago en este acuerdo. Esta es la única opción que le permite ser parte de cualquier otra demanda contra los Demandados Mountain Premier Cleaning Services, LLC y/o Adriana Santa Ana, con respecto a las condiciones de su trabajo realizado para ellos. Llene y devuelve el formulario de exclusión de una página adjunto. |
| **OBJECIÓN** | Escríbale al tribunal explicando por qué no le gusta el acuerdo propuesto. |
| **IR A UNA AUDIENCIA** | Pida hablar en la corte sobre la equidad del acuerdo propuesto. |

Estos derechos **y los plazos para ejercerlos** se explican en este aviso.

**ESTIMADO/A:** <<Primero1>> <<Último1>>

Es posible que tenga derecho a recibir dinero de un acuerdo de demanda colectiva relacionado con su trabajo para Mountain Premier Cleaning Services, LLC ("Mountain Premier"). Según los términos del acuerdo propuesto, actualmente es elegible para recibir un pago de $<<EstAmt>> o más, sujeto a las retenciones aplicables.

**POR FAVOR, LEA ATENTAMENTE ESTE DOCUMENTO. ESTE ACUERDO AFECTA SUS DERECHOS LEGALES.**

| **1.      ¿Por qué recibo este Aviso?** |
|---|

Se ha llegado a un acuerdo propuesto ("Acuerdo") en la demanda colectiva mencionada anteriormente actualmente pendiente en el Tribunal de Distrito de los Estados Unidos para el Distrito de Colorado. Esta carta sirve como una notificación oficial del Tribunal de los términos del Acuerdo propuesto y sus derechos en relación con él.

Debido a que sus derechos se verán afectados por el Acuerdo, es extremadamente importante que lea este aviso cuidadosamente. Como se explica con más detalle a continuación, se le incluirá en el Acuerdo a menos que solicite afirmativamente ser excluido del mismo enviando el Formulario de exclusión adjunto al Administrador del Acuerdo antes del [FECHA].

| 2. | ¿Qué es una demanda colectiva? |
|---|---|

Una demanda de "demanda colectiva" es aquella en la que una persona, llamada Representante de la Clase, demanda en nombre de personas que tienen reclamos similares. Juntos, estas personas forman una Clase. Cada persona de la Clase es un Miembro de la Clase. Como se explica con más detalle a continuación, usted ha sido identificado como Miembro de la Clase en la demanda mencionada anteriormente.

| 3. | ¿De qué se trata esta demanda? |
|---|---|

En febrero de 2023, Karina Ruiz Álvarez, Karla González Vélez, Gabriela Moctezuma Castillo y Amelia Colón Chairez, las Representantes del Grupo de Representantes, presentaron una demanda colectiva que buscaba recuperar daños por violaciones alegados del contrato de trabajadores temporales H-2B y la Ley de Protección de Víctimas de Trata de Personas. Los Representantes del Grupo alegan que Mountain Premier Cleaning Services, LLC y Adriana Santa Ana ("los Demandados") les deben dinero a ellos y a los otros trabajadores huéspedes H-2B que los Demandados emplearon para trabajar en el Hotel Madeline en cualquier momento entre el 7 de febrero de 2020 y el presente. Los Representantes del Grupo alegan que los Demandados no reembolsaron a los miembros del grupo los gastos de visa y viaje en los que incurrieron para trabajar en el Hotel Madeline, les cobraron tarifas excesivas para alquiler su residencia y que los amenazaron con despedirlos y deportarlos para asegurar su trabajo continuo. Afirman que las acciones de los Demandados violaron la Orden de Estándares de Horas Extras y Pago Mínimo de Colorado, 7 CCR 1103-1, la Ley de Salario Mínimo de Colorado, C.R.S. § 8-6-101, *et. seq.* y la Ley de Reclamos Salariales de Colorado, C.R.S. § 8-4-101, *et. seq.* el contrato de trabajadores temporales H-2B con los demandados y la Ley de Protección de las Víctimas de la Trata de Personas, 22 U.S.C. § 7101. Los demandados niegan estas afirmaciones.

| 4. | ¿Soy miembro de la Clase? |
|---|---|

Sí. De acuerdo con los registros de empleo de los demandados, usted trabajó en el Madeline Hotel y Residencias entre el 7 de febrero de 2020 y el presente de conformidad con una visa de trabajador huésped H-2B adquirió por Mountain Premier Cleaning, LLC. Esto le califica como Miembro de la Clase. Como Miembro del Grupo de demandantes, usted tiene derecho a una parte del dinero del acuerdo.

| 5. | ¿Qué establece el Acuerdo? |
|---|---|

Los demandados pagarán $4000,000.00 para resolver todas las reclamaciones en su contra en este asunto. $300,000.00 de este dinero se pagarán a los trabajadores. Se pagarán $100,000.00 a los abogados de los trabajadores. Cada uno de los tres Representantes de la Clase recibirá un pago de incentivo de $10,000.00. Nueve trabajadores individuales han presentado reclamaciones individuales no colectivas y se les pagará para resolverlas. Cada Miembro del Grupo recibirá una parte de los fondos restantes en función de los datos de nómina de los Demandados que muestren el número de temporadas y semanas que trabajaron y los montos estimados de alquiler que pagaron.

Según los cálculos preliminares, actualmente es elegible para recibir un pago de $<<EstAmt>> o más en relación con el Acuerdo, sujeto a las retenciones aplicables.

| 6. | ¿Cuáles son mis derechos como Miembro del Grupo de demandantes? |
|---|---|

**Opción A.  Participar en el Acuerdo y recibir un pago**. Una vez aprobado por el Tribunal, recibirá dinero del Acuerdo, a menos que solicite ser excluido. No tiene que seguir ningún paso afirmativo para elegir esta opción. **Si no hace nada, recibirá un pago de liquidación**.

Una vez que el Tribunal apruebe el Acuerdo, y esa aprobación sea definitiva, recibirá un pago del Acuerdo y se considerará que ha liberado todas las reclamaciones en virtud de las leyes federales, estatales y/o locales de salarios y horas, excluyendo la Ley de Normas Laborales Justas, que tenga contra Mountain Premier Cleaning Services, LLC, Adriana Santa Ana y Briana Santa Ana (las "Partes Exoneradas"). Este comunicado excluirá a Telluride Resort Partners, LLC que opera bajo el nombre comercial de Madeline Hotel & Residences, que es parte de este litigio pero no es parte de este acuerdo de conciliación y liberación.

Usted liberará a las Partes Exoneradas de todas y cada una de las reclamaciones, deudas, sanciones, responsabilidades, demandas, obligaciones, garantías, costos, gastos, honorarios de abogados, daños, acciones o causas de acción de cualquier tipo o naturaleza, ya sean conocidas o desconocidas, que se presentaron o que podrían haberse presentado en este litigio. Esto incluye todas las reclamaciones de compensación por el tiempo de descanso y/o el trabajo previo al turno supuestamente no compensados, los supuestos salarios no pagados asociados y los daños liquidados, intereses, sanciones o multas resultantes, que se afirmaron o podrían haberse afirmado en esta demanda. Este descargo incluye todas las reclamaciones en virtud de las leyes estatales de salario mínimo, las leyes estatales de pago y cobro de salarios, los estatutos estatales de supervisión, las reclamaciones en virtud del derecho consuetudinario estatal y los principios equitativos, y las reclamaciones contractuales expresas o implícitas, que surjan de las supuestas fallas establecidas anteriormente que se presentaron o que podrían haberse presentado en este litigio. Este comunicado excluye las reclamaciones en virtud de la Ley de Normas Justas de Trabajo, excepto según lo establecido en la sección 15(b) de este Acuerdo. Si participa en el acuerdo, acepta no presentar reclamaciones contra las Partes exoneradas por esas cosas.

**Opción B.   Excluirse del Acuerdo.** Si no desea ser parte del Acuerdo, debe excluirse completando el Formulario de Exclusión Voluntaria adjunto y enviándolo al Administrador de Reclamos por correo, FAX o correo electrónico a:

Administración de Optime, LLC
Cordova-Gonzalez v. T.W. Lath-N-Stucco, Inc. Acuerdo #####################
#######
#######
FAX: #########
Correo electrónico:
##############

**Si se excluye del Acuerdo, no recibirá un pago del acuerdo** y no estará obligado por el acuerdo.

*Para que sea válida, la solicitud de exclusión debe tener matasellos a más tardar [FECHA].*

*Es importante notar que, si solicita ser excluido del Acuerdo, no recibirá ningún pago del Acuerdo y no podrá objetar el Acuerdo.* Si se excluye, no estará legalmente obligado por el Acuerdo ni por la liberación de reclamaciones legales contra los Demandados.

**Opción C.  Participar en el Acuerdo, pero objetar sus términos.** Si decide participar en el Acuerdo, puede objetar sus términos, y el Tribunal considerará sus objeciones al decidir si aprueba el Acuerdo. Si decide excluirse por completo del Acuerdo (consulte la Opción B anterior), no podrá objetar sus términos.

Si decide objetar el Acuerdo propuesto, puede hacerlo por escrito enviado al Clerk of the Court, United States District Court, 901 19th St., Denver, CO 80294-3589, **antes de TBD**. O se puede presentar ante del Tribunal en la Audiencia de Aprobación Final, ya sea en persona o a través de su propio abogado. Si comparece a través de su propio abogado, usted es responsable de pagarle a ese abogado. Todas las objeciones escritas y los documentos de apoyo deben: (a) identificar claramente el nombre y el número del caso (*Ruiz Alvarez, et. al. v. Mountain Premier Cleaning Services, LLC, et. al.*, Caso Nº 1:23-cv-000354-JLK-MEH); (b) indicar su nombre y dirección; (c) ser presentado al Tribunal por correo al Clerk of Court, United States District Court, 901 19th St., Denver, CO 80294-3589, o presentado en persona en la misma dirección; y (d) estar archivado o

matasellado en o antes **de TBD**.

## 7.        ¿A qué renuncio al recibir un pago de liquidación?

Como se explica en la Sección 6, usted tiene la opción de solicitar que este excluido de este Acuerdo. Si no solicita la exclusion de su mismo de este Acuerdo siguiendo el procedimiento descrito en la Sección 6, recibirá el pago del acuerdo descrito anteriormente y estará sujeto al Acuerdo y Descargo de Derehos en la manera establecida en el acuerdo de conciliación y en las Órdenes de aprobación final.

Si tiene Ud. actualmente un reclamo o demanda legal pendiente contra los Demandados, o si anticipa presentar un reclamo o demanda legal en el futuro basada en eventos relacionados con el salario que ya han ocurrido, debe consultar de inmediato con su abogado sobre este acuerdo y el impacto de esta liberación en sus reclamos o demandas legales actuales o anticipadas.

## 8.        ¿Se pueden tomar represalias contra mí por unirme a este caso?

No. Es una violación de las leyes estatales y federales que cualquier persona tome represalias contra usted de cualquier manera por participar en este caso.

## 9.        ¿Tengo un abogado en este caso?

El Tribunal ha aprobado preliminarmente a los siguientes abogados para que actúen como "Abogados de la Clase" y representen los intereses de los Demandantes y de los Miembros de la Clase:

Andrew H. Turner
Milstein Turner, PLLC
1490 Lafayette St. #304
Denver, CO 80218
Tel: (303)-305-8230
andrew@milsteinturner.com

David H. Seligman
Alexander N. Hood
Towards Justice
P.O. Box 371680, PMB 44465
Denver, CO 80237-5680
(720) 441-2236
david@towardsjustice.org
alex@towardsjustice.org

Los abogados anteriores representan sus intereses legales y responderán a sus preguntas en estricta confidencialidad sin cargo. Si llama, identifíquese como "Miembro de la Clase" en la demanda de "Mountain Premier Cleaning Services" y pida hablar con uno de los abogados anteriores. Si desea revisar una copia completa de todo el Acuerdo de conciliación, se la proporcionarán si lo solicita.

Nada le prohíbe hablar con otros abogados sobre la demanda o este Aviso. Usted tiene derecho a contratar a un abogado de su elección y a su propio costo.

| 10. | ¿Cómo se les paga a los abogados del demandante? |
|-----|--------------------------------------------------|

Los Abogados de la Demanda Colectiva han solicitado al Tribunal que dicte un orden de honorarios y gastos de abogados de $100,000.00 para compensar a los Abogados de la Demanda Colectiva por su trabajo y dinero gastado en esta acción. Los Abogados del Grupo han presentado una petición de honorarios de abogados y han proporcionado documentación del tiempo invertido y los gastos; sin embargo, el monto real otorgado será determinado por el Tribunal para garantizar que el monto de los honorarios y costos de los abogados sea justo y razonable. El Tribunal llevará una audiencia para considerar la solicitud de honorarios de este abogado y la equidad de este acuerdo de conciliación en su conjunto en TBD, en X:XX AM/PM, en el United States District Court for the District of Colorado, ubicado en 901 19th St., Denver, CO 80294-3589, en la Sala TDB en el piso de TDB.

También tiene derecho a contratar a un abogado de su elección y a su propio costo.

| 11. | ¿Se recompensará a los Representantes del Grupo por servir como Representantes |
|-----|-------------------------------------------------------------------------------|

Sí. Los Abogados del Grupo solicitarán que se pague un incentivo a cada uno de los Representantes del Grupo para compensarlos por el tiempo y el esfuerzo invertidos en esta acción, y por su deber de servicio público para con el Grupo. El incentivo solicitado a cada Representante de la Clase es de $10,000.00 y se sumará a cualquier compensación que cada Representante de la Clase tenga derecho a recibir como miembro de la Clase.

| 12. | ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo? |
|-----|------------------------------------------------------------|

El Tribunal celebrará una audiencia para decidir si aprueba el Acuerdo. No se requiere ni se espera que asista a esa audiencia. Sin embargo, le invitamos a asistir.

En la audiencia, considerará el Tribunal si el Acuerdo (incluidos los honorarios de los abogados solicitados) es justo y razonable. El Tribunal considerará todas las objeciones escritos al Acuerdo y escuchará a los Miembros del Grupo que hayan presentado objeciones por escrito al Acuerdo.

El Tribunal llevará a cabo la audiencia en TBD, a las X:XX AM/PM, en el United States District Court for the District of Colorado, ubicado en 901 19th St., Denver, CO 80294-3589, en la Sala TDB en el piso de TDB. Esta fecha, sin embargo, estará sujeta a aplazamiento por la Corte sin más aviso que el que pueda ser fijado por la Corte. Si planea asistir, confirme la fecha con los Abogados del Grupo que se enumeran en la Sección 9 anterior.

| 13. | ¿Cómo puedo obtener más información? |
|-----|--------------------------------------|

Este Aviso resume los aspectos más importantes del acuerdo. Puede obtener una copia de todo el acuerdo de conciliación, así como los alegatos judiciales subyacentes, comunicándose con los abogados enumerados en la Sección 9 anterior o con el Administrador de la conciliación que se identifica a continuación:

Administración de Optime, LLC
Acuerdo de Ruiz Alvarez v. Mountain Premier Cleaning Services, LLC
#######################
#######
#######
FAX: #########
Correo electrónico:
#############

**NO SE COMUNIQUE CON LA CORTE NI CON EL SECRETARIO DE LA CORTE.**

| 14. | ¿Qué pasa si mi nombre o dirección cambian? |
|-----|---------------------------------------------|

Es su responsabilidad informar al Administrador del Acuerdo de su dirección correcta. Envíe por correo cualquier información de cambio de dirección al Administrador del Acuerdo (consulte la Sección 13 anterior).

**NO LLAME A LA CORTE NI AL SECRETARIO DE LA CORTE.**

## <u>FORMULARIO DE EXCLUSIÓN VOLUNTARIA</u>

Envíe este formulario solo <u>SI NO DESEA SEGUIR SIENDO MIEMBRO DE LA CLASE</u>. Si envía este formulario, **no será elegible para recibir dinero de esta demanda.**

_____
**Escriba su nombre completo**

_____
**Imprima su dirección y número de teléfono**

**RECONOCIDO:**

Por la presente declaro que deseo excluirme de la Clase en el caso de Karina Ruiz Alvarez, et. al. v. Mountain Premier Cleaning Services, LLC, et. al. Caso No. 1:23-cv-00354-JLK-MEH. Entiendo que al hacerlo, **no recibiré ningún dinero del Acuerdo.** Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

_____          _____
**Firma**                                                          **Fecha**

Este formulario de exclusión voluntaria debe completarse, firmarse y devolverse a la dirección que aparece a continuación para que tenga **matasellos o se reciba a más tardar en la FECHA POR DETERMINAR.**

**Por correo:**    **Administración de Optime, LLC**
**Ruiz Álvarez, et. al. v. Acuerdo de Mountain Premier Cleaning Services, LLC**
**#########################**
**#########################**

**Por fax:**    **#########################**

**Por correo electrónico:**    **#########################**