IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Date:  September 18, 2024 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 23-cv-00354-JLK | Court Reporter: Kevin Carlin |

| | |
|---|---|
| KARINA RUIZ ALVAREZ, KARLA GONZALEZ VELEZ, GABRIELA MOCTEZUMA CASTILLO, and AMELIA COLON CHAIREZ, on their own behalf and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>TELLURIDE RESORT PARTNERS, LLC d/b/a MADELINE HOTEL & RESIDENCES, MOUNTAIN PREMIER CLEANING SERVICES, LLC., and ADRIANA SANTA ANA, <br><br>    Defendants. | Andrew H. Turner <br><br><br><br><br><br><br><br><br><br><br><br> Mark D. Temple <br> John K. Crisham |

## COURTROOM MINUTES

**In Court Hearing – Final Fairness Hearing**

**10:30 a.m.**   Court in session.

Court calls case.   Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding pending motions and settlement fund.

Statement by Mr. Turner.

**ORDERED:**   Joint Motion For Final Approval of Class Action Settlement Agreement (Filed 8/21/24; Doc. No. 76) is GRANTED.

**ORDERED:**   Plaintiffs' Unopposed Motion For Award Of Attorney's Fees And Costs (Filed 8/26/24; Doc. No. 77) is GRANTED.

**Counsel are directed to submit a proposed order, pursuant to D.C.COLO.LCivR 67.2, seeking to have the settlement funds released to the settlement administrator as soon as practicable.**

**ORDERED:    Defendants Mountain Premier Cleaning Services, L.L.C., and Adriana Santa Ana are DISMISSED WITH PREJUDICE.**

**10:38 a.m.    Court in recess.    Hearing concluded.    Total in-court time: 00:08**